UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22CR1723-CAB |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| BRIAN CHARLES PAIGE (1), RAUL H. PEREZ (2), | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is Granted. The Motion Hearing/Trial Setting set for September 16, 2022, at 10:30 a.m. shall be continued to October 7, 2022, at 10:30 a.m.  The Court finds that time is excluded from September 16, 2022, through October 7, 2022, in the interest of justice and pursuant to 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: 9/15/2022

**HONORABLE CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT JUDGE