**FILED**
NOV 17 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN CHARLES PAIGE (1), <br><br> Defendant. | Case No. 22-CR-1723-1-TWR <br><br> **ORDER AND JUDGMENT OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** <br><br> The Honorable Todd W. Robinson |

The United States of America's Motion to Dismiss the Indictment (ECF No. 18) against defendant (1) Brian Charles Paige, without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice.

**IT IS SO ORDERED.**

DATED: 11/17/22

_____
Hon. Todd W. Robinson
United States District Judge